**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6844**

———————

ANTHONY CROWELL,

                               Petitioner - Appellant,

        versus

COMMONWEALTH OF VIRGINIA,

                               Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CA-01-152-2)

———————

Submitted: August 23, 2001          Decided: August 30, 2001

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Anthony Crowell, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Crowell appeals the district court's order denying leave to proceed in forma pauperis and dismissing without prejudice his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001).[*] Crowell failed to comply with a court order to pay the filing fee or declare under penalty of perjury that he could not pay the fee. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. Crowell v. Virginia, No. CA-01-152-2 (E.D. Va. Apr. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Generally, dismissals without prejudice are not appealable. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066 (4th Cir. 1993). We find, however, that the district court's order is a final, appealable order because the defect identified by the district court must be cured by something more than an amendment to the complaint. Id. at 1066-67.

2